1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS MOORE
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
6   Telephone:  (415) 436-6888
    Fax: (415) 436-6748
7  **JENNIFER D. AUCHTERLONIE** (Wash. Bar No. 29481)
   Trial Attorney, Tax Division
8  United States Department of Justice
    P.O. Box 683, Ben Franklin Station
9   Washington, D.C. 20044
    Telephone: (202) 514-9593
10  Fax: (202) 307-0054
    E-mail: Jennifer.D.Auchterlonie@usdoj.gov
11
                IN THE UNITED STATES DISTRICT COURT FOR THE
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14
   CONSTANCE GOODYEAR 1997            )
15 IRREVOCABLE TRUST and CANDYCE      )
   MARTIN 1999 IRREVOCABLE TRUST,     )
16 PARTNERS OTHER THAN THE TAX        )   CV 08-5151 (PJH)
   MATTERS PARTNER,                   )
17                                    )
               Plaintiffs,            )   STIPULATION FOR EXTENSION OF TIME
18                                    )   TO ANSWER AND CONTINUANCE OF
        v.                            )   CASE MANAGEMENT CONFERENCE
19                                    )
   UNITED STATES OF AMERICA,          )
20                                    )
               Defendant.             )
21 _____)

22        IT IS HEREBY STIPULATED AND AGREED by the petitioner and respondent, pursuant to

23 Local Rule 6-1(a), that (1) the respondent shall have an extension of time, from January 13, 2009 to

24 March 16, 2009, in which to answer or otherwise respond to the petition, and (2) the case management

25 conference, currently scheduled for March 26, 2009, should be continued to May 26, 2009, or such later

26 date as the Court's schedule may allow.

27

28 STIPULATION FOR EXTENSION OF TIME
   No. CV-08-5151 (PJH)                    -1-

1    The parties respectfully represent they have good cause for making this request:

2    1.    This case is a complex federal tax proceeding.  It arises from the Internal Revenue

3          Service's proposed adjustments to the 2000 partnership tax return of First Ship 2000-A,

4          LLC, of which the petitioners are indirect partners.  As set forth in the Notice of Final

5          Partnership Administrative Adjustment, attached to the petition, the IRS determined to

6          make certain adjustments to several items of income and expense reported in the

7          partnership tax return, based on the IRS's determinations that, *inter alia*, "First Ship 2000-

8          A was formed and availed of solely for purposes of tax avoidance;" First Ship 2000-A is

9          disregarded for federal tax purposes as "a sham" and as "lack[ing] economic substance;"

10         and "First Ship 2000-A and/or its partners lacked the requisite profit intent and their

11         activities and any investment in the partnership lacked the requisite economic substance in

12         order to allow deductions arising from or related to First Ship 2000-A or its activities."

13         Petition, ¶ 15(a), (b), (i).  In addition, the IRS determined to impose certain penalties

14         because the proposed adjustments "are attributable to a tax shelter for which no

15         substantial authority has been established for the position taken, and for which there was

16         no showing of reasonable belief by the partnership or its partners that the position taken

17         was more likely than not the correct treatment of the alleged tax shelter and related

18         transactions."  Petition, ¶ 15(j).  The petitioner contends that the positions taken on the

19         partnership tax return were correct.

20   2.    Counsel for the United States has requested the views of the IRS in the defense of this

21         matter, and has also requested that the IRS provide her with the relevant administrative

22         files in regards to this matter.  Because of the complex nature of the case, the Service's

23         views in this matter are subject to multiple levels of review and require additional time to

24         complete.  As of this date, counsel for the United States has not received the Service's

25         views or the relevant administrative files.

26

27

28   STIPULATION FOR EXTENSION OF TIME
     No. CV-08-5151 (PJH)                               -2-

1      3.      This motion is not made for purposes of delay, but only to allow the United States

2              sufficient time to obtain the information necessary for it to fully and accurately respond to

3              the petition.

4      4.      No prior extensions of time have been requested in this matter.

5      DATED this 12th day of January, 2009.

6

7                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
                                               THOMAS MOORE
8                                              Assistant United States Attorney
                                               Chief, Tax Division
9                                              DAVID L. DENIER
                                               Assistant United States Attorney
10                                             10th Floor Federal Building
                                               450 Golden Gate Avenue, Box 36055
11                                             San Francisco, California  94102
                                               Telephone:  (415) 436-6888
12                                             Fax: (415) 436-6748

13                                             */s/ Jennifer D. Auchterlonie*
                                               **JENNIFER D. AUCHTERLONIE**
14                                             Trial Attorney, Tax Division
                                               United States Department of Justice
15                                             P.O. Box 683, Ben Franklin Station
                                               Washington, D.C. 20044
16                                             Telephone: (202) 514-9593
                                               Fax: (202) 307-0054
17                                             E-mail: Jennifer.D.Auchterlonie@usdoj.gov

18
       DATED this 12th day of January, 2009.
19

20                                             CONSTANCE GOODYEAR 1997 IRREVOCABLE
                                               TRUST and CANDYCE MARTIN 1999
21                                             IRREVOCABLE TRUST, PARTNERS OTHER
                                               THAN THE TAX MATTERS PARTNER

22

23                                             */s/ Jay R. Weill*
                                               JAY R. WEILL
24                                             STEVEN M. KATZ
                                               WENDY ABKIN
25                                             Sideman & Bancroft LLP
                                               One Embarcadero Center, Eighth Floor
26                                             San Francisco, CA 94111
                                               Telephone: (415) 392-1960
                                               Fax: (415) 392-0827
27                                     1/16/09



28     STIPULATION FOR EXTENSION OF TIME
       No. CV-08-5151 (PJH)                          -3-